United States District Court
Southern District of Texas
**ENTERED**
November 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| PEDRO SANTOS OLIVAREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:26-CV-00224 |
| | § | |
| OSCAR RIVERA, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pending before the Court is Plaintiff's Petition for Writ of Habeas Corpus (D.E. 1) for initial screening. On October 21, 2026, United States Magistrate Judge Mitchel Neurock issued a Memorandum and Recommendation (M&R, D.E. 15), recommending that Petitioner's action be dismissed. Petitioner filed a letter (D.E. 16) within the time for filing objections on October 26, 2026.

An objection must point out with particularity the alleged error in the Magistrate Judge's analysis. Otherwise, it does not constitute a proper objection and will not be considered. Fed. R. Civ. P. 72(b)(2); *Malacara v. Garber*, 353 F.3d 393, 405 (5th Cir. 2003); *Edmond v. Collins*, 8 F.3d 290, 293 n.7 (5th Cir. 1993). Plaintiff's letter discussed his regret for the actions that caused him to be arrested and reasons he would like to be released from custody, none of which address any error in the Magistrate Judge's analysis. They are not proper objections and are not considered.

Having reviewed the findings of fact, conclusions of law, and recommendations set forth in the Magistrate Judge's Memorandum and Recommendation, as well as Petitioner's letter, and all other relevant documents in the record, and having made a de novo disposition of the portions of the Magistrate Judge's Memorandum and Recommendation to which objections were specifically directed, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

**ORDERED** on November 24, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE